No. 86–471. COOPER ET AL. v. FORSYTH COUNTY HOSPITAL AUTHORITY, INC., ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–496. VOLKSWAGEN OF AMERICA, INC. v. PROTOS. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 86–601. MATHES v. COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.